BTXN 112 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Garry Dale McLemore § Case No.: 12–70247–hdh7
LaVonda Jeannette McLemore § Chapter No.: 7
  Debtor(s) §

# ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.

DATED: 10/31/12          FOR THE COURT:
                         Tawana C. Marshall, Clerk of Court